IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00192-MR

| | |
|---|---|
| AGIO INTERNATIONAL COMPANY, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ZHEJIANG LONGDA FORGE CO., LTD., ) <br> and JMH TRADING INTERNATIONAL ) <br> MANAGEMENT, LLC, ) <br> D/B/A WORLD SOURCE ) <br> ) <br> Defendants. ) <br> ) | O R D E R |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney R. Scott Johnson as counsel *pro hac vice*. [Doc. 11]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 11] is **ALLOWED**, and R. Scott Johnson is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**  Signed: March 17, 2016

Martin Reidinger
United States District Judge