**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:15-cv-00192-MR**

| | |
|---|---|
| **AGIO INTERNATIONAL COMPANY, LTD.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **ZHEJIANG LONGDA FORGE CO., LTD.,** ) | **O R D E R** |
| **and JMH TRADING INTERNATIONAL** ) | |
| **MANAGEMENT, LLC,** ) | |
| **D/B/A WORLD SOURCE** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

THIS MATTER is before the Court on the Defendant's motion for the admission of attorney Christine Lebron-Dykeman as counsel *pro hac vice*. [Doc. 12].  Upon careful review and consideration, the Court will allow the motion.

IT IS, THEREFORE, ORDERED that the Defendant's motion [Doc. 12] is **ALLOWED**, and Christine Lebron-Dykeman is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

IT IS SO ORDERED.       Signed: March 17, 2016

Martin Reidinger
United States District Judge