# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:15-cv-00192-MR

| | |
|---|---|
| **AGIO INTERNATIONAL COMPANY, LTD.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **ZHEJIANG LONGDA FORGE CO., LTD.,** ) | **O R D E R** |
| **and JMH TRADING INTERNATIONAL** ) | |
| **MANAGEMENT, LLC,** ) | |
| **D/B/A WORLD SOURCE** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Craig L. Mytelka as counsel *pro hac vice*. [Doc. 14]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 14] is **ALLOWED**, and Craig L. Mytelka is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.** Signed: March 28, 2016

Martin Reidinger
United States District Judge