UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | |
|---|---|
| AGIO INTERNATIONAL COMPANY, LTD.<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ZHEJIANG LONGDA FORGE CO., LTD.,<br><br>and<br><br>JMH TRADING INTERNATIONAL MANAGEMENT, LLC d/b/a WORLD SOURCE<br><br>Defendant/Counterclaim Plaintiff | Case No. 1:15-cv-192 |

**NOTICE BY PLAINTIFF OF INITIATION OF SERVICE
OF PROCESS ON DEFENDANT ZHEJIANG LONGDA
FORGE CO., LTD. THROUGH HAGUE CONVENTION**

Plaintiff/Counterclaim Defendant Agio International Company, Ltd. ("Agio"), provides this notice to the Court regarding Agio's service of process on Defendant Zhejiang Longda Forge Co., Ltd. ("Longda"). Longda is a corporation incorporated under the laws of China. Despite Agio's efforts, Longda refused to waive service of process under Rule 4(d). Agio therefore initiated formal service of process of the Summons, Amended Complaint and exhibits attached thereto, on Longda pursuant to the Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil and Commercial Matters, to which the Peoples Republic of China is a signatory party. Service is currently pending in China.

The following summarizes Agio's attempts thus far to serve Longda. On February 25, 2016, Agio, through the Advance Law Firm located in Guangzhou, China, made contact with a representative of Defendant Longda. Agio's Chinese counsel explained the pending lawsuit and

requested that Longda waive service of process. On February 26, 2016, the Advance Law Firm provided Longda, via electronic mail, with translated copies of the Amended Complaint and exhibits, as well as a Waiver of Service form. Agio's Chinese counsel explained to Longda's representative the waiver of service, and consequences of failure to waive.

On March 9, 2016, the Advance Law Firm contacted Longda again about the Waiver and Longda refused to waive service, and instead instructed Agio to proceed with formal service. Agio's counsel then promptly engaged the Civil Action Group, APS International Division ("APS"), a process service firm with experience in international service of process through the Hague Convention. APS specializes in service of process under The Hague Convention. On March 17, 2016, APS initiated service of Longda through the Hague Convention by transmitting the set of relevant documents to the appropriate Chinese authority. On March 21, 2016, APS confirmed that the relevant papers were received by the appropriate Chinese authorities. Agio understands that Chinese authorities do not provide status reports, and that the next and only communication from the Chinese authorities regarding service will be delivery of an affidavit or other certification of service to APS. Agio further understands from APS that several months may pass before Agio receives an affidavit or other certification of service from the Chinese authorities.

AGIO INTERNATIONAL
COMPANY, LTD.

By:   /s/
Robert C. Van Arnam
N.C. State Bar No. 28838
Counsel for Plaintiff
P.O. Box 1000
Raleigh, NC  27602-1000
Telephone:  (919) 981-4000
Facsimile:  (919) 981-4300
rvanarnam@williamsmullen.com

Craig L. Mytelka (admitted *pro hac vice*)
Virginia State Bar No. 31652
Counsel for Plaintiff
WILLIAMS MULLEN, P.C.
999 Waterside Dr., Suite 1700
Norfolk, VA 23510
Telephone: (757) 473-5336
Facsimile: (757) 629-0660
cmytelka@williamsmullen.com

Joshua B. Brady
Virginia State Bar No. 72757
Counsel for Plaintiff
WILLIAMS MULLEN, P.C.
8300 Greensboro Drive, Suite 1100
Tysons Corner, VA 22102
Telephone: 703.760.5249
Facsimile: 703.748.0244
jbrady@williamsmullen.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2016, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to the following counsel of record:

>David Wilkerson
>Larry McDevitt
>William Heedy
>Van Winkle, Buck, Wall, Starnes and Davis, P.A.
>11 North Market Street
>Asheville, NC 28801
>dwilkerson@vwlawfirm.com
>lmcdevitt@vwlawfirm.com
>wheedy@vwlawfirm.com
>
>Christine Lebron-Dykeman
>R. Scott Johnson
>Jonathan L. Kennedy
>McKee, Voorhees & Sease, PLC
>801 Grand Avenue, Suite 3200
>Des Moines, IA 50309
>christine.lebron-dykeman@ipmvs.com
>scott.johnson@ipmvs.com
>jonathan.kennedy@ipmvs.com

>/s/ *Robert C. Van Arnam*
>Robert C. Van Arnam

24929617_1

4
Case 1:15-cv-00192-MR   Document 19   Filed 04/07/16   Page 4 of 4