IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00192-MR

| AGIO INTERNATIONAL COMPANY, LTD., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| ZHEJIANG LONGDA FORGE CO., LTD., and JMH TRADING INTERNATIONAL MANAGEMENT, LLC, D/B/A WORLD SOURCE | ) | O R D E R |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney Jonathan L. Kennedy as counsel *pro hac vice*. [Doc. 21]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 21] is **ALLOWED**, and Jonathan L. Kennedy is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: April 18, 2016

Martin Reidinger
United States District Judge