# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00192-MR

| | |
|---|---|
| AGIO INTERNATIONAL COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> ZHEJIANG LONGDA FORGE CO., LTD., and JMH TRADING INTERNATIONAL MANAGEMENT, LLC, d/b/a WORLD SOURCE, <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On September 1, 2015, the Plaintiff Agio International Company, Ltd. filed this action against the Defendants Zhejiang Longda Forge Co., Ltd. and JMH Trading International Management, LLC, d/b/a World Source. [Doc. 1]. The Plaintiff filed an Amended Complaint on December 29, 2015. [Doc. 5]. The Defendant JMH Trading International Management, LLC, filed an Answer and Counterclaim against the Plaintiff on March 14, 2016. [Doc. 10].

On April 7, 2016, the Plaintiff filed a Notice with the Court, advising that the Plaintiff had initiated formal service of process on the Defendant Zhejiang Longda Forge Co., Ltd. in the People's Republic of China pursuant to the

Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil and Commercial Matters. [Doc. 19]. More than six months has now passed, but there is nothing in the record to indicate that the Plaintiff has achieved service on this foreign defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff shall provide a status report to the Court within fourteen (14) days of the entry of this Order regarding the status of service of process on the Defendant Zhejiang Longda Forge Co., Ltd.

**IT IS SO ORDERED.**

Signed: October 7, 2016

Martin Reidinger
United States District Judge