UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | |
|---|---|
| AGIO INTERNATIONAL COMPANY, LTD. | ) ) ) |
| Plaintiff/Counterclaim Defendant, | ) ) |
| v. | ) ) Case No. 1:15-cv-192 |
| ZHEJIANG LONGDA FORGE CO., LTD., | ) ) ) |
| and | ) ) |
| JMH TRADING INTERNATIONAL MANAGEMENT, LLC d/b/a WORLD SOURCE | ) ) ) ) |
| Defendant/Counterclaim Plaintiff | ) |

## ENTRY OF DEFAULT

Upon consideration of Plaintiff/Counterclaim Defendant Agio International Company, Ltd.'s ("Agio"), Motion for Entry of Default, the declaration of Junweui (George) LI and the affidavit of Judy Nunn, the Clerk of this Court does hereby enter the default as to Defendant Zhejiang Longda Forge Co., Ltd. for its failure to answer or otherwise plead in response to Plaintiff's Complaint and/or Amended Complaint alleging violation of the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq.* pursuant to the Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil and Commercial Matters.

The entry of default is in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

Signed: February 16, 2017

_____
Frank G. Johns, Clerk
United States District Court