# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00192-MR

| | |
|---|---|
| AGIO INTERNATIONAL COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JMH TRADING INTERNATIONAL MANAGEMENT, LLC, d/b/a World Source, and ZHEJIANG LONGDA FORGE CO. LTD., <br><br> Defendants. | ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) ) ) |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action on September 1, 2015. [Doc. 1]. On February 16, 2017, the Clerk made an entry of default against the Defendant Zhejiang Longda Forge Co. Ltd. [Doc. 27]. Since that date, however, the Plaintiff appears to have made no effort to prosecute the action further against this Defendant. By this Order, the Plaintiff is advised that failure to take further action against this Defendant will result in the dismissal of this action.[1]

---

[1] On October 23, 2018, the Plaintiff and the Defendant JMH Trading International Management, LLC filed a Stipulation of Dismissal dismissing all claims pending between

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendant Zhejiang Longda Forge Co. Ltd. The Plaintiff is advised that failure to take further action against this Defendant will result in the dismissal of this action.

**IT IS SO ORDERED.**

Signed: January 2, 2019

Martin Reidinger
United States District Judge

---

them. [Doc. 43]. Accordingly, Zhejiang Longda Forge Co. Ltd. is the sole defendant remaining in this case.