# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Agio International Company, Ltd., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00192-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Zhejiang Longda Forge Co. Ltd and JMH Trading International Management, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This matter having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Amended Memorandum of Decision and Order (Doc. 61) entered on February 22, 2023. Plaintiff is awarded $108,114.00 in attorneys' fees and $1,944.01 in costs.

March 21, 2023

Frank G. Johns, Clerk
United States District Court